# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

157479

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ANDREW STEVEN-DURELL KNIGHT,
    Defendant-Appellant.
_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 157479
COA: 340694
Saginaw CC: 16-042499-FC;
16-042729-FH; 16-042979-FH

      On order of the Court, the application for leave to appeal the February 6, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018

Clerk

a1126